UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 FEB 25 PM 4:52
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| HUBERT ARVIE | CIVIL ACTION |
| VERSUS | NO. 09-110 |
| ROBERT C. TANNER, WARDEN | SECTION "F" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that petitioner's application for writ of habeas corpus is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 25th day of Feb., 2009.

_____
UNITED STATES DISTRICT JUDGE

____ Fee ____
____ Process ____
_X_ Dktd ____
____ CtRmDep ____
____ Doc. No. ____