RECEIVED
JUN 2 5 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **HUBERT ARVIE** | : | **DOCKET NO. 6:09-cv-0325** |
| | | Section P |
| **VS.** | : | **JUDGE DOHERTY** |
| **WARDEN RAYBURN CORRECTIONAL CENTER** | : | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for federal *habeas corpus* relief be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this 25 day of June, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE